IN THE MATTER OF SIDNEY SARNER.

*Messrs. Back, Nussman & Rose* for the petitioner.

September 29, 1959.   Denied.

HILDA FLICKER, PLAINTIFF-RESPONDENT, v. GENE-
VIEVE F. CHENITZ *ET AL.*, DEFENDANTS-PETI-
TIONERS.

September 14, 1959.   Appeal dismissed by consent.